UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILE

05 APR 25 AM 11: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CALVIN HALL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SEARS ROEBUCK AND COMPANY, | CASE NO: 03-2937-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order entered on March 29, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/25/05
Date

ROBERT R. DI TROLIO

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02937 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT